**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| SHERIDAN L. BARNETT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO.  3:23-cv-376-DJH |
| JEFFERSON COUNTY PUBLIC | ) |
| SCHOOLS a/k/a JEFFERSON COUNTY | ) |
| BOARD OF EDUCATOIN, et al. | ) |
| | ) |
| DEFENDANTS | |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Jefferson County Board of Education and Dr. Martin Pollio (collectively "Defendants"), by counsel, hereby file this Notice of Removal to the United States District Court for the Western District of Kentucky, at Louisville, and state as follows:

1.      On July 17, 2023, Plaintiff Sheridan Barnett filed a Complaint in Jefferson Circuit Court, Division Eleven, Jefferson County, Kentucky, styled *Sheridan L. Barnett v. Jefferson County Public Schools a/k/a Jefferson County Board of Education, et al.*, Civil Action No. 23-CI-004291 asserting claims of violations of her Procedural Due Process rights under the U.S. Constitution and Fourteenth Amendment and retaliation for exercising her First Amendment rights. (Compl. p. 12-13).  Copies of all process, pleadings, and orders that have been filed in the Jefferson Circuit Court are attached hereto as **Exhibit A**.

2.      This Court has original federal question jurisdiction over this action under 28 U.S.C. § 1331 and may be removed from state court under 28 U.S.C. § 1441(a), inasmuch as the Complaint alleges violations of federal law specifically causes of action under the U.S. Constitution's First Amendment and Fourteenth Amendment.  (Compl. ¶¶ 76-93).

3.       In addition to the constitutional claims that undoubtedly raise a federal question, Plaintiff further alleges state law breach of contract, claims under the Kentucky Revised Statutes (KRS), and claims under the Kentucky Constitution. (Compl. ¶¶ 62-66, 67-75, 76-81). This Court possesses supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367. Plaintiff's state law claims are so related to the claim over which the Court holds federal question jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

4.       The Civil Summons and Complaint was received by Defendants on or about July 19, 2023. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days of receipt of the initial pleading through service, and therefore, this civil action is timely removed. Plaintiff is estopped from seeking remand of this matter on this basis.

5.       Co-Defendant, the Kentucky Department of Education, is agreeable to the removal of this action.

6.       Accordingly, this civil action is properly subject to removal and hereby is removed to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. §§ 1441 and 1446.

7.       Defendants will provide Plaintiff with a copy of this Notice of Removal and file a Notice of Filing Notice of Removal with the Clerk for the Jefferson Circuit Court.

8.       This Notice of Removal is signed by counsel for and on behalf of Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9.       Defendants reserve the right to object and assert affirmative defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process.

**WHEREFORE**, Defendants hereby give notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted,

/s/ Marianna J. Michael

C. Tyson Gorman
tgorman@wyattfirm.com
Marianna J. Michael
mjmichael@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202-2898
502.589.5235

*Counsel for Defendants Jefferson County Board of Education and Dr. Martin Pollio*

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, July 25, 2023, I electronically filed the foregoing document by using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I mailed a copy of the foregoing, via U.S. Mail, to the following:

Christopher K. Stewart
Chris K. Stewart PLLC
1935 Gardiner Lane, D50
Louisville, KY 40205
chrisstewartjd@gmail.com
*Co-Counsel for Plaintiff*

Lauren Freeman
Freeman Law PLLC
3044 Bardstown Road, #169
Louisville, KY 40205
lfreeman@loulegal.com
*Co-Counsel for Plaintiff*

Todd Allen
Kentucky Department of Education
300 Sower Boulevard, 5th Floor
Frankfort, KY 40601
todd.allen@education.ky.gov
*Counsel for Defendant Kentucky Department of Education*

/s/  Marianna J. Michael
Marianna J. Michael

101182629.1

3